UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JESSICA BOWENS,

       Plaintiff,                     Case No. 18-cv-12782
                                           Hon. Matthew F. Leitman

v.

PRESTIGE FINANCIAL
SERVICES, INC., d/b/a
Prestige Auto Finance Corp.,

       Defendant.

_____/

## **ORDER DISMISSING CASE**

     Pursuant to the Consent Stipulation of Voluntary Dismissal Without Prejudice

by Plaintiff, this case is DISMISSED without prejudice.

     **IT IS SO ORDERED.**

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2018


     I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on December 18, 2018, by electronic means and/or
ordinary mail.

                          s/Holly A. Monda
                          Case Manager
                          (810) 341-9764